# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-728
Lower Tribunal No. CF21-004699-XX

———————————————

MARGUS JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Olin W. Shinholser, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.


Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED